1  RICHARD MAC BRIDE, SB#199695
   LAW OFFICES OF RICHARD A. MAC BRIDE
2  855 Marina Bay Parkway, Suite 210
   Richmond, CA 94804
3  Phone 415-730-6289
   Fax 510-439-2786
4
   Attorney for Plaintiff
5  RICHARD SEPULVEDA

6  Alden J. Parker (SBN 196808)
   E-Mail:  aparker@fisherphillips.com
7  Christina M. Anton (SBN 340329)
   E-Mail:  canton@fisherphillips.com
8  FISHER & PHILLIPS LLP
   621 Capitol Mall, Suite 1400
9  Sacramento, California 95814
   Telephone: (916) 210-0400
10 Facsimile:  (916) 210-0401

11 Attorneys for Defendants
   GUADALUPE HERNANDEZ, and HECHO en MEXICO, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda,<br><br>   Plaintiff,<br><br> v.<br><br>Guadalupe Hernandez, individually and dba Taqueria Hecho en Mexico; Hecho en Mexico, Inc., individually and dba Taqueria Hecho en Mexico; Trystan Roberts; and Does 1 to 50,<br><br>   Defendants. | Case No:   2:24-cv-01263-DJC-JDP<br><br>**STIPULATION TO VACATE AND SET ASIDE CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS GUADALUPE HERNANDEZ, and HECHO en MEXICO, INC.; ORDER**<br><br>Complaint Filed:  April 30, 2024<br>Trial Date: None Set |

TO THE COURT AND ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff RICHARD SEPULVEDA ("Plaintiff") and Defendants GUADALUPE HERNANDEZ and HECHO en MEXICO, INC. (collectively, "Defendants"), hereby stipulate to vacate and set aside the Clerk's Certificate of Entry of Default entered on July 1, 2024 (Dkt. 7) as to Defendants.

## **RECITALS**

**WHEREAS**, on April 30, 2024, Plaintiff filed his Complaint, alleging Defendants violated the Americans With Disabilities Act and Violation of California's Civil Rights Statutes.

**WHEREAS**, on May 7, 2024, Plaintiff sub-served Defendant Guadalupe Hernandez, individually and dba Taqueria Hecho en Mexico;

**WHEREAS**, on May 3, 2024, Plaintiff sub-served Defendant Hecho en Mexico, Inc., individually and dba Taqueria Hecho en Mexico;

**WHEREAS**, on May 14, 2024, Plaintiff filed his Summons Returned Executed (Dkt. 5);

**WHEREAS**, Defendants failed to respond to Plaintiff's Compliant within twenty-one (21) days of service;

**WHEREAS**, on April 30, 2024, the clerk entered default against Defendants as requested (Dkt. 7);

**WHEREAS**, Defendants have since retained Fisher & Phillips, LLP to represent them in the above-captioned matter;

**WHEREAS**, subject to the entry of the default, counsel for the Parties met and conferred and agreed to stipulation to set aside the default;

**WHEREAS**, the Parties hereby agree it is in the interest of justice to conserve court and party resources in unopposed motions to vacate and set aside default simply so the matter may proceed; and

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants that the Clerks Entry of Default entered on April 30, 3024 (Dkt. 7) as to Defendants be vacated and set aside, and that Defendants shall file a responsive pleading within twenty-one (21) days of entry of order on this stipulation.

**GOOD CAUSE** exists for the stipulated relief as Defendants seek to have the default set aside within less than 45 days after the default was entered. It is in the interest of justice to set aside defaults

2
STIPULATION TO VACATE AND SET ASIDE CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS
GUADALUPE HERNANDEZ, AND HECHO EN MEXICO, INC.; ORDER
FP 52025619.1

so that cases may be decided on their merits, particularly when doing so can be done through stipulation, rather than expending unnecessary court and party resources in unopposed motions.

**IT IS SO STIPULATED.**

Dated: August 30, 2024    LAW OFFICES OF RICHARD A. MAC BRIDE

By: */s/ Richard Mac Bride [as authorized on 8.30.24]*
Richard Mac Bride

Attorneys for Plaintiff
RICHARD SEPULVEDA

Dated: August 30, 2024    FISHER & PHILLIPS LLP

By: */s/ Christina M. Anton*
Alden J. Parker
Christina M. Anton

Attorneys for Defendants
GUADALUPE HERNANDEZ, and HECHO en MEXICO, INC.

**ORDER**

Pursuant to stipulation of the Parties, and good cause appearing, the Requests for Entry of Default against Defendants GUADALUPE HERNANDEZ, and HECHO en MEXICO, INC., are hereby set aside.

Defendants shall file a responsive pleading within twenty-one (21) days of entry of order on this stipulation.

**IT IS SO ORDERED.**

Dated:  August 30, 2024                                        /s/ Daniel J. Calabretta
                                                                               THE HONORABLE DANIEL J. CALABRETTA
                                                                               UNITED STATES DISTRICT JUDGE