RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
richardmacbridelaw@gmail.com
Attorney for Plaintiff Richard Sepulveda

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>GUADALUPE HERNANDEZ, ET AL.,<br><br>    Defendants. | Case No.:   2:24-cv-01263-DJC-JDP<br><br>**STIPULATION OF ORDER AND ORDER** |

Plaintiff Richard Sepulveda, and defendants Guadalupe Hernandez and Taqueria Hecho en Mexico ("Hecho en Mexico") [*erroneously sued as HECHO en MEXICO, INC.*] (together, "Defendants") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for Defendants is Alden J. Parker of Fisher & Phillips LLP), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release with defendants Guadalupe Hernandez and Hecho en Mexicoin this matter whereby plaintiff deemed resolved all claims as against all defendants, including defendant Trystan Roberts who did not enter into the settlement agreement, and who was defaulted (see Docket #7). This was entered into as of June 30, 2025.

2. As part of this agreement, plaintiff agreed to the dismissal of the above-captioned action, with regard to all defendants, including Trystan Roberts, after all agreed settlement sums were paid, on a 12-month payment plan, and with all parties to bear their own respective attorney fees and costs.

1

3. This written settlement agreement was entered into by Plaintiff and Defendants Guadalupe Hernandez and Hecho en Mexico. Trystan Roberts did not participate.
4. In Docket #26, issued July 1, 2025, the Court ordered the parties to file dispositional documents by August 1, 2025. In Docket #27, issued August 15, 2025, the Court issued an Order to Show Cause due to the non-dismissal of the case.
5. The terms of the Settlement Agreement have not been completely fulfilled, however, in conformity with the Court's order, the Parties signing this stipulation jointly request that the Court dismiss this action without prejudice with respect to all defendants.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney of record for Plaintiff Richard Sepulveda                              8/16/2025

Fisher Phillips LLP – By: Alden J. Parker /s/ Alden J. Parker

Attorney of record for Defendants Guadalupe Hernandez and Hecho en Mexico    8/16/2025

FILER'S ATTESTATION

I hereby attest that on August 16, 2025, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Alden J. Parker, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

ORDER

Having considered the signatory parties' Stipulation of Dismissal without Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Hernandez et al., Case No. 24-1263 DJC-JDP, is dismissed without prejudice with respect to all defendants, and all causes of action with respect to them, with each party to bear his/her/its own attorney's fees and costs.

Dated:  August 20, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE